UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NO. 2:14-MJ-01152-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EUGENIA DERUJINSKY | ) | |

This matter comes now before this Court on motion of the United States, by and through the United States Attorney, to dismiss the above entitled matter.

In the interests of justice and for good cause shown, the Court hereby GRANTS the government's motion and ORDERS the clerk to dismiss the matter.

So ORDERED, this _10_ day of _October_ , 2014.

_____
TERRENCE W. BOYLE
United States District Judge